| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13108-AMC**

Yvette Garnett
431 Spring Hollow Drive
Middletown  DE    19709

Petition Filed Date: 07/24/2020
341 Hearing Date: 08/28/2020
Confirmation Date: 02/10/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/08/2020 | $4,500.00 | | 10/07/2020 | $4,500.00 | | 11/09/2020 | $4,500.00 | |
| 12/07/2020 | $4,500.00 | | 01/08/2021 | $4,500.00 | | 02/09/2021 | $1,000.00 | |
| 03/08/2021 | $4,500.00 | | 03/12/2021 | $1,000.00 | | 04/07/2021 | $4,500.00 | |
| 04/14/2021 | $1,000.00 | | 05/13/2021 | $4,500.00 | | | | |

**Total Receipts for the Period: $39,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $39,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS R SMITH JR | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 1 | POLICE & FIRE FCU »» 001 | Unsecured Creditors | $4,970.09 | $0.00 | $4,970.09 |
| 2 | PHILADELPHIA FEDERAL CREDIT U »» 002 | Unsecured Creditors | $14,935.72 | $0.00 | $14,935.72 |
| 3 | PHILADELPHIA FEDERAL CREDIT U »» 003 | Unsecured Creditors | $2,781.00 | $0.00 | $2,781.00 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $9,035.30 | $0.00 | $9,035.30 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $6,086.89 | $0.00 | $6,086.89 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $1,007.76 | $0.00 | $1,007.76 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $2,701.00 | $0.00 | $2,701.00 |
| 8 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $3,981.31 | $0.00 | $3,981.31 |
| 9 | MARINER FINANCE LLC »» 009 | Secured Creditors | $4,171.80 | $1,213.35 | $2,958.45 |
| 10 | DISCOVER BANK »» 010 | Unsecured Creditors | $3,151.42 | $0.00 | $3,151.42 |
| 11 | FRANKLIN MINT FEDERAL CU »» 011 | Unsecured Creditors | $10,285.78 | $0.00 | $10,285.78 |
| 12 | FRANKLIN MINT FEDERAL CU »» 012 | Unsecured Creditors | $987.27 | $0.00 | $987.27 |
| 13 | BANK OF AMERICA NA »» 013 | Unsecured Creditors | $14,030.59 | $0.00 | $14,030.59 |
| 14 | CITIZENS BANK NA »» 014 | Secured Creditors | $3,585.37 | $1,042.78 | $2,542.59 |

| # | Creditor | Type | | | |
|---|---|---|---:|---:|---:|
| 15 | TRUMARK FINANCIAL CREDIT UNION »» 015 | Secured Creditors | $10,524.48 | $3,060.99 | $7,463.49 |
| 16 | TRUMARK FINANCIAL CREDIT UNION »» 016 | Secured Creditors | $9,058.61 | $2,634.65 | $6,423.96 |
| 17 | TRUMARK FINANCIAL CREDIT UNION »» 017 | Mortgage Arrears | $11,585.00 | $3,369.44 | $8,215.56 |
| 18 | TRUMARK FINANCIAL CREDIT UNION »» 018 | Unsecured Creditors | $11,161.41 | $0.00 | $11,161.41 |
| 19 | TRUMARK FINANCIAL CREDIT UNION »» 019 | Unsecured Creditors | $17,556.69 | $0.00 | $17,556.69 |
| 20 | TRUMARK FINANCIAL CREDIT UNION »» 020 | Unsecured Creditors | $5,597.06 | $0.00 | $5,597.06 |
| 21 | TRUMARK FINANCIAL CREDIT UNION »» 021 | Secured Creditors | $6,489.25 | $1,887.36 | $4,601.89 |
| 22 | CITIZENS BANK NA »» 022 | Mortgage Arrears | $23,083.24 | $6,713.64 | $16,369.60 |
| 23 | PHH MORTGAGE CORPORATION »» 023 | Secured Creditors | $5,872.35 | $1,707.94 | $4,164.41 |
| 24 | TD BANK USA NA »» 024 | Unsecured Creditors | $593.96 | $0.00 | $593.96 |
| 25 | BANK OF AMERICA NA »» 025 | Unsecured Creditors | $2,721.53 | $0.00 | $2,721.53 |
| 26 | BANK OF AMERICA NA »» 026 | Unsecured Creditors | $1,733.65 | $0.00 | $1,733.65 |
| 27 | LVNV FUNDING LLC »» 027 | Unsecured Creditors | $5,407.06 | $0.00 | $5,407.06 |
| 28 | CITIZENS BANK NA »» 028 | Secured Creditors | $4,561.12 | $1,326.58 | $3,234.54 |
| 29 | CITIBANK NA »» 029 | Unsecured Creditors | $409.67 | $0.00 | $409.67 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 030 | Unsecured Creditors | $20,526.37 | $0.00 | $20,526.37 |
| 31 | HSBC BANK USA NA »» 031 | Unsecured Creditors | $2,317.17 | $0.00 | $2,317.17 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES »» 032 | Unsecured Creditors | $1,688.56 | $0.00 | $1,688.56 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES »» 033 | Unsecured Creditors | $21,461.40 | $0.00 | $21,461.40 |
| 34 | CITIBANK NA »» 034 | Unsecured Creditors | $2,693.07 | $0.00 | $2,693.07 |
| 35 | CITIZENS BANK NA »» 035 | Secured Creditors | $4,578.42 | $1,331.62 | $3,246.80 |
| 36 | CITIZENS BANK NA »» 036 | Secured Creditors | $3,421.93 | $995.25 | $2,426.68 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES »» 037 | Unsecured Creditors | $6,087.37 | $0.00 | $6,087.37 |
| 38 | CITY OF PHILADELPHIA (LD) »» 038 | Secured Creditors | $4,796.49 | $1,395.03 | $3,401.46 |
| 39 | CITY OF PHILADELPHIA (LD) »» 39A | Secured Creditors | $1,218.28 | $354.33 | $863.95 |
| 40 | CITY OF PHILADELPHIA (LD) »» 39B | Secured Creditors | $730.51 | $212.46 | $518.05 |
| 41 | CITY OF PHILADELPHIA (LD) »» 39C | Secured Creditors | $115.22 | $19.64 | $95.58 |
| 42 | CITY OF PHILADELPHIA (LD) »» 39D | Secured Creditors | $1,547.30 | $450.02 | $1,097.28 |
| 43 | CITY OF PHILADELPHIA (LD) »» 39E | Secured Creditors | $1,612.59 | $469.02 | $1,143.57 |
| 44 | CITY OF PHILADELPHIA (LD) »» 39F | Secured Creditors | $1,857.58 | $540.26 | $1,317.32 |
| 45 | CITY OF PHILADELPHIA (LD) »» 36G | Secured Creditors | $342.70 | $87.98 | $254.72 |
| 46 | CITY OF PHILADELPHIA (LD) »» 39H | Secured Creditors | $957.11 | $278.37 | $678.74 |
| 47 | CITY OF PHILADELPHIA (LD) »» 39I | Secured Creditors | $563.92 | $164.02 | $399.90 |

| | | | | | |
|---|---|---|---|---|---|
| 48 | CITY OF PHILADELPHIA (LD) »» 39J | Secured Creditors | $212.95 | $54.66 | $158.29 |
| 49 | CITY OF PHILADELPHIA (LD) »» 39K | Secured Creditors | $116.99 | $19.94 | $97.05 |
| 50 | CITY OF PHILADELPHIA (LD) »» 39L | Secured Creditors | $1,085.18 | $315.61 | $769.57 |
| 51 | CITY OF PHILADELPHIA (LD) »» 39M | Secured Creditors | $970.25 | $282.20 | $688.05 |
| 52 | CITY OF PHILADELPHIA (LD) »» 39N | Secured Creditors | $1,188.49 | $345.67 | $842.82 |
| 53 | CITY OF PHILADELPHIA (LD) »» 39O | Secured Creditors | $818.88 | $238.17 | $580.71 |
| 54 | CITY OF PHILADELPHIA (LD) »» 39P | Secured Creditors | $1,095.91 | $318.75 | $777.16 |
| 55 | CITY OF PHILADELPHIA (LD) »» 39Q | Secured Creditors | $1,499.57 | $436.14 | $1,063.43 |
| 56 | CITY OF PHILADELPHIA (LD) »» 40A | Secured Creditors | $184.20 | $47.28 | $136.92 |
| 57 | CITY OF PHILADELPHIA (LD) »» 40B | Secured Creditors | $1,151.32 | $334.86 | $816.46 |
| 58 | CITY OF PHILADELPHIA (LD) »» 40C | Secured Creditors | $424.80 | $109.05 | $315.75 |
| 59 | CITY OF PHILADELPHIA (LD) »» 40D | Secured Creditors | $975.60 | $283.75 | $691.85 |
| 60 | CITY OF PHILADELPHIA (LD) »» 40E | Secured Creditors | $483.00 | $140.48 | $342.52 |
| 61 | CITY OF PHILADELPHIA (LD) »» 40F | Secured Creditors | $1,219.80 | $354.78 | $865.02 |
| 62 | CITY OF PHILADELPHIA (LD) »» 40G | Secured Creditors | $534.60 | $155.48 | $379.12 |
| 63 | CITY OF PHILADELPHIA (LD) »» 40H | Secured Creditors | $3,105.08 | $903.09 | $2,201.99 |
| 64 | CITY OF PHILADELPHIA (LD) »» 40I | Secured Creditors | $2,880.00 | $837.64 | $2,042.36 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,000.00 | Current Monthly Payment: | $5,410.37 |
| Paid to Claims: | $34,432.28 | Arrearages: | $10,551.85 |
| Paid to Trustee: | $3,000.00 | Total Plan Base: | $320,070.35 |
| Funds on Hand: | $1,567.72 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.