United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13108-amc |
| Yvette Garnett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yvette Garnett, 431 Spring Hollow Drive, Middletown, DE 19709-7803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 30, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass- Through Certificates, Series 2006-NC2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| PAMELA ELCHERT THURMOND | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com

ROBERT J. CRAWLEY
    on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com

ROBERT J. CRAWLEY
    on behalf of Creditor TruMark Financial Credit Union rcrawley@klehr.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS R. SMITH, JR.
    on behalf of Debtor Yvette Garnett tsmith@freedmanlorry.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                              July 27, 2021

To: THOMAS R. SMITH, JR.
    1601 MARKET STREET
    SUITE 1500
    PHILA., PA   19103
                              In re: YVETTE GARNETT
                              Bankruptcy No. 20-13108AMC
                              Adversary No.
                              Chapter 13
```

Re **APPLICATION FOR COMPENSATION**

The above pleading was filed in this office on **2/26/2021**.  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()    Affidavit
        ()    Certificate of Service
        (X)   Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

```
                              Timothy B. McGrath
                              Clerk


                                   Tina Jackson
                         By:  _____
                              Deputy Clerk
```

status.frm
(rev. 11/26/2018)