**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| YVETTE GARNETT | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 20-13108 |
| | : | |

**CERTIFICATION OF NO RESPONSE**

I, THOMAS R. SMITH, JR., ESQ., attorney for the Debtor, hereby certify that as of August 4, 2021, I have not received an answer or response to the Application for Compensation filed on February 16, 2021.

ATTORNEYS FOR DEBTOR

Date: August 4, 2021

BY: /s/ Thomas R. Smith, Jr.
THOMAS R. SMITH, JR. ESQUIRE
Attorney for Debtor
Freedman & Lorry, P.C.
1601 Market St., Ste. 1500
Philadelphia, PA 19103
tsmith@freedmanlorry.com
(t) 215-931-2554
(E-fax) 215-931-2554