# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
  :
**YVETTE GARNETT**  :
**Debtor**  :
  :
  :   BK. NO. 20-13108
  :   CHAPTER 13
  :
  :

## CERTIFICATION OF SERVICE

  I, THOMAS R. SMITH, JR., attorney for the Debtor, hereby certify that on August 4, 2021, I did serve a copy of the Certification of No Response on the following individuals via the Court's ECF system:

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


DATE: August 4, 2021      ATTORNEYS FOR DEBTOR

            *s/ Thomas R. Smith, Jr.*
           THOMAS R. SMITH, JR., ESQUIRE
           FREEDMAN AND LORRY, P.C.
           1601 Market Street, Suite 1550
           Philadelphia, PA 19103
           (215) 931-2554