**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| YVETTE GARNETT | : | |
| | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO. 20-13108 |
| | : | |
| SCOTT F. WATERMAN | : | |
| Trustee | : | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of Thomas R. Smith, Jr,'s foregoing Application for Compensation and any response thereto, and upon notice, opportunity for hearing, certification of no objections, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Attorney fee already paid by Debtor | $1,500.00 |
| Net amount to be paid by Trustee to Attorney | $1,500.00 |

The net amount is to be paid by the Trustee to Vladislav Kachka, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: August 5, 2021**

_____
ASHELY M. CHAN
Bankruptcy Judge

cc:

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Thomas R. Smith, Jr., Esq.
Freedman & Lorry, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA  19103
(215) 925-8400