United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13108-amc |
| Yvette Garnett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yvette Garnett, 431 Spring Hollow Drive, Middletown, DE 19709-7803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass- Through Certificates, Series 2006-NC2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, coleen@javardianlaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com

ROBERT J. CRAWLEY
    on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com

ROBERT J. CRAWLEY
    on behalf of Creditor TruMark Financial Credit Union rcrawley@klehr.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS R. SMITH, JR.
    on behalf of Debtor Yvette Garnett tsmith@freedmanlorry.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| YVETTE GARNETT | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO. 20-13108 |
| SCOTT F. WATERMAN | : | |
| Trustee | : | |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of Thomas R. Smith, Jr.'s foregoing Application for Compensation and any response thereto, and upon notice, opportunity for hearing, certification of no objections, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Attorney fee already paid by Debtor | $1,500.00 |
| Net amount to be paid by Trustee to Attorney | $1,500.00 |

The net amount is to be paid by the Trustee to Vladislav Kachka, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: August 5, 2021**

_____
ASHELY M. CHAN
Bankruptcy Judge

cc:

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Thomas R. Smith, Jr., Esq.
Freedman & Lorry, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA  19103
(215) 925-8400