**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | |
| | **:** | |
| **YVETTE GARNETT** | **:** | |
| **Debtor** | **:** | |
| | **:** | |
| | **:** | **BK. NO. 20-13108** |
| | **:** | **CHAPTER 13** |
| | **:** | |
| | **:** | **11 U.S.C.** |

**CERTIFICATION OF SERVICE**

I, THOMAS R. SMITH, JR., attorney for the Debtors, hereby certify that on September 8, 2021, I did serve copies of the Answer to Motion for Relief from the Automatic Stay filed by Deutsche Bank on the following individuals via the Court's ECF system:

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Matthew Fissel, Esquire
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

DATE: September 8, 2021          ATTORNEYS FOR DEBTOR

_s/ Thomas R. Smith, Jr._
THOMAS R. SMITH, JR., ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA 19103
(215) 931-2554