## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>YVETTE GARNETT<br>    Debtor | Case No. 20-13108-amc |
| Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2,<br>    Movant<br><br>vs.<br>YVETTE GARNETT<br>David Garnett Respondents | Chapter 13<br><br><br><br>11 U.S.C. §362 and §1301 |

## ORDER

**AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: October 28, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge