IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>YVETTE GARNETT,<br><br>                     Debtor | Chapter 13<br><br>Case No. 20-13108 (AMC) |

**PRAECIPE TO WITHDRAW APPEARANCE OF ROBERT J. CRAWLEY**

TO THE CLERK:

    Please withdraw the appearance of Robert J. Crawley, Esquire on behalf of Franklin Mint Federal Credit Union ("FMFCU") in the above-captioned case. Corinne Samler Brennan, Esquire will remain counsel of record for FMFCU.

                                          By:    */s/Robert J. Crawley*
                                                        Robert J. Crawley, Esquire

Dated: November 3, 2021