## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| YVETTE GARNETT | |
| Debtor | BANKRUPTCY NO. 20-13108 |
| CITIZENS BANK, N.A.<br>Movant | |

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CITIZENS BANK, N.A.

COMES NOW DEBTOR, YVETTE GARNETT, by and through his attorney, THOMAS R. SMITH, JR., and hereby submits the following responses to the numbered paragraphs in Creditor Citizen Bank, N.A.'s Motion for Relief:

1. Admitted.
2. Admitted.
3. Neither admitted nor denied. Debtor avers that the amount in attorney's fees and costs assessed by Movant is unreasonable.
4. Denied. Debtor specifically denies that Movant is entitled to relief to foreclose.
5. Denied. Debtor specifically denies that Movant is entitled to relief from the stay.

WHEREFORE, Respondent respectfully requests that Movant's Motion to Relief from the Automatic Stay be denied.

                                         FREEDMAN AND LORRY, P.C.

                                         /s/ *Thomas R. Smith, Jr.*
                                         THOMAS R. SMITH, JR., ESQ
                                         FREEDMAN AND LORRY, P.C.
                                         1601 Market Street, Suit1 1550
                                         Philadelphia, PA  19103
                                         (215) 931-2554
                                         TSmith@freedmanlorry.com

                                         Counsel for the Debtor

## CERTIFICATION

Respondent certifies, under penalty of perjury, that the matters stated herein are true and correct to the best of his knowledge, information, and belief.

DATE: November 18, 2021

                              ATTORNEYS FOR DEBTOR

                              */s/ Thomas R. Smith, Jr.*
                              THOMAS R. SMITH, JR., ESQUIRE
                              FREEDMAN AND LORRY, P.C.
                              1601 Market Street, Suite 1550
                              Philadelphia, PA 19103
                              (215)931-2554
                              Tsmith@freedmanlorry.com