**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **YVETTE GARNETT** | : |
| **Debtor** | : |
| | : |
| | :    BK. NO. 20-13108 |
| | :    CHAPTER 13 |
| | : |
| | :    11 U.S.C. |

## CERTIFICATION OF SERVICE

I, THOMAS R. SMITH, JR., attorney for the Debtors, hereby certify that on November 18, 2021, I did serve copies of the Objection to Motion for Relief from the Automatic Stay filed by Citizens Bank, N.A. on the following individuals via the Court's ECF system:

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Mary F. Kennedy, Esquire
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

DATE: Nov. 18, 2021                ATTORNEYS FOR DEBTOR

*s/ Thomas R. Smith, Jr.*
THOMAS R. SMITH, JR., ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Suite 1550
Philadelphia, PA 19103
(215) 931-2554
Tsmith@freedmanlorry.com