### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVNIA

IN RE:                                          CHAPTER 13

**YVETTE GARNETT**

**Debtor**                              **BANKRUPTCY NO. 20-13108**

### CERTIFICATION OF SERVICE

I, THOMAS R. SMITH, JR., attorney for the Debtor, hereby certify that on June 7, 2022, I did serve a copy of the Motion to Abate Arrearage on the following individuals via the Court's ECF system:

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

All Creditors

DATE:  June 7, 2022                     ATTORNEYS FOR DEBTOR

                                        *s/ Thomas R. Smith, Jr.*
                                        THOMAS R. SMITH, JR., ESQUIRE
                                        FREEDMAN AND LORRY, P.C.
                                        1601 Market Street, Suite 1550
                                        Philadelphia, PA 19103
                                        (215) 931-2554