United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yvette Garnett  
Debtor  

Case No. 20-13108-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Jun 09, 2022     Form ID: pdf900     Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette Garnett, 431 Spring Hollow Drive, Middletown, DE 19709-7803 |
| cr | + | Franklin Mint Federal Credit Union, c/o Klehr Harrison Harvey Branzburg, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| cr | + | TruMark Financial Credit Union, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14615096 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14522181 | + | Citizen's One Home LOans, P.O. box 6260, Glen Allen, VA 23058-6260 |
| 14527345 | + | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14523301 | + | Citizens Bank, N.A., c/o Mary F. Kennedy, Esq., 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton PA 18966-4030 |
| 14524132 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14522183 | + | David Garnett, 431 Spring Hollow Drive, Middletown, DE 19709-7803 |
| 14559227 | | Deutsche Bank National Trust Company, as Trustee f, c/o ANDREW L. SPIVACK, Block & Scott, PLLC, 610 Old York Road, Suite 400, Jenkintown, PA 19046 |
| 14522186 | + | Fortiva Credit Card, P.O. Box 650847, Dallas, TX 75265-0847 |
| 14526064 | + | Franklin Mint Federal Credit Union, c/o Robert J. Crawley, Esq., 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14526063 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esq., 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14541053 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 14522190 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14522191 | + | Police and Fire Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14523662 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14524702 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esq., Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14555687 | + | TruMark Financial Credit Union, c/o Robert J. Crawley, Esquire, 1835 Market Street, Suite 1400, Phila., PA 19103-2945 |
| 14522201 | | Trumark Financial, 10000 Northbrook Drive, Feasterville Trevose, PA 19053 |
| 14522202 | + | WF/Dillard's, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 10 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 10 2022 00:01:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14522174 | | Email/Text: bnc-applied@quantum3group.com | Jun 10 2022 00:01:00 | Applied Bank, 4700 ExchangeCourt, Boca Raton, FL 33431 |
| 14522175 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 10 2022 00:01:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14526922 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

Case 20-13108-amc    Doc 138    Filed 06/11/22    Entered 06/12/22 00:27:33    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 10 2022 00:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14522176 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 10 2022 00:01:00 | Barclays Bank of Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14522177 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:15:11 | Bestbuy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14527041 | | Email/Text: megan.harper@phila.gov | Jun 10 2022 00:01:00 | City of Philadelphia, Law Department, c/o Pamela Elchert Thurmond, Esq., Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14522182 | | Email/Text: megan.harper@phila.gov | Jun 10 2022 00:01:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14564116 | | Email/Text: megan.harper@phila.gov | Jun 10 2022 00:01:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14527379 | | Email/Text: megan.harper@phila.gov | Jun 10 2022 00:01:00 | Water Revenue Bureau, Law Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Phila., PA 19102-1595 |
| 14548368 | | Email/Text: megan.harper@phila.gov | Jun 10 2022 00:01:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14522178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2022 00:04:52 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14525254 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2022 00:05:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14525255 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2022 00:05:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14522179 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2022 00:05:01 | Capital One/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14539844 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:04:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14522180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:04:54 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14527345 | ^ | MEBN | Jun 09 2022 23:58:40 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14527924 | | Email/Text: BKEBN-Notifications@ocwen.com | Jun 10 2022 00:01:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, et al, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14522184 | | Email/Text: mrdiscen@discover.com | Jun 10 2022 00:01:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14525662 | | Email/Text: mrdiscen@discover.com | Jun 10 2022 00:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14522185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:04:58 | Exxon Mobile/Citibank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14522187 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 10 2022 00:01:00 | Franklin Mint FCU, 5 Hillman Dreive, Ste. 100, Chadds Ford, PA 19317 |
| 14526102 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 10 2022 00:01:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive Ste. 100, Chadds Ford, PA 19103 |
| 14522188 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 10 2022 00:01:00 | HSBC Bank USA NA, P.O. Bix 4657, Carol Stream, IL 60197-4657 |
| 14534139 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| | | | Jun 10 2022 00:04:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 14525640 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 10 2022 00:01:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14522189 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 00:04:53 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14540974 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jun 10 2022 00:04:58 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14522193 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 00:04:53 | SYNCB/ BP DC, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14522194 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 00:04:57 | SYNCB/GapDC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14522195 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 00:04:53 | SYNCB/JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 14522196 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 00:04:53 | SYNCB/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14522197 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 00:04:58 | SYNCB/TJX Co, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14522192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:15:08 | Sunoco Citibank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14522198 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 10 2022 00:01:00 | TBOM/Fortiva MC, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 14529673 | + | Email/Text: bncmail@w-legal.com | Jun 10 2022 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14522199 | + | Email/Text: bncmail@w-legal.com | Jun 10 2022 00:01:00 | TD Bank/Target, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14522200 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:05:03 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Jun 09, 2022 Form ID: pdf900 Total Noticed: 61

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass- Through Certificates, Series 2006-NC2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass- Through Certificates, Series 2006-NC2 wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT J. CRAWLEY | on behalf of Creditor TruMark Financial Credit Union rcrawley@klehr.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. tomysong0@gmail.com |
| THOMAS R. SMITH, JR. | on behalf of Debtor Yvette Garnett tsmith@freedmanlorry.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Yvette Garnett |
| Bankruptcy No. 20-13108-AMC
Debtor |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 8, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE