O'Brien, Belland & Bushinsky, LLC
David H. Lipow, Esquire, Atty ID 59825
509 S. Lenola Rd., Building 6
Moorestown, NJ 08057
dlipow@obbblaw.com
Tel. 215 925-9400
Fax 856 481-4214

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  YVETTE GARNETT

|                    |                    |
|--------------------|--------------------|
| Case No.:          | 20-13108-AMC       |
| Chapter:           | 13                 |

Debtor

## WITHDRAWAL OF APPEARANCE FOR DEBTOR

I, Thomas R. Smith, Jr., Esquire, am withdrawing my appearance for debtor, Yvette Garnett, in the instant case.

Freedman and Lorry, P.C.

By: _Thomas Smith, Jr._

Date:

Thomas R. Smith, Jr., Esquire
Withdrawing Attorney for Debtor

## ENTRY OF APPEARANCE FOR DEBTOR

I, David H. Lipow, Esquire, am entering my appearance for debtor, Yvette Garnett, in the instant case.

O'Brien, Belland & Bushinsky, LLC

By: _____

Date: 6/28/21

David H. Lipow, Esquire
Superseding Attorney for Debtor