| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13108-AMC

Yvette Garnett  
431 Spring Hollow Drive  
Middletown  DE   19709

Petition Filed Date: 07/24/2020  
341 Hearing Date: 08/28/2020  
Confirmation Date: 02/10/2021

Case Status: Dismissed After Confirmation on 6/ 8/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $4,500.00 | | 04/14/2021 | $1,000.00 | | 05/13/2021 | $4,500.00 | |
| 06/10/2021 | $1,000.00 | | 07/15/2021 | $4,500.00 | | 08/02/2021 | $1,000.00 | 8/2/2021 |
| 09/10/2021 | $1,000.00 | | 09/21/2021 | $4,500.00 | | 10/08/2021 | $1,000.00 | |
| 11/02/2021 | $4,500.00 | | 11/04/2021 | $1,000.00 | | 11/05/2021 | $4,500.00 | |
| 12/07/2021 | $1,000.00 | | 12/15/2021 | $1,000.00 | | 12/20/2021 | $4,500.00 | |
| 12/22/2021 | $4,500.00 | | 01/12/2022 | $1,000.00 | | 02/07/2022 | $1,000.00 | |
| 02/16/2022 | $4,500.00 | | 02/22/2022 | $4,500.00 | | 03/14/2022 | $1,000.00 | |
| 03/15/2022 | $4,500.00 | | 03/22/2022 | $1,000.00 | | 04/25/2022 | $4,500.00 | |
| 05/24/2022 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $67,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $96,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS R SMITH JR ESQUIRE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | POLICE & FIRE FCU »» 001 | Unsecured Creditors | $4,970.09 | $0.00 | $4,970.09 |
| 2 | PHILADELPHIA FEDERAL CREDIT U »» 002 | Unsecured Creditors | $14,935.72 | $0.00 | $14,935.72 |
| 3 | PHILADELPHIA FEDERAL CREDIT U »» 003 | Unsecured Creditors | $2,781.00 | $0.00 | $2,781.00 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $9,035.30 | $0.00 | $9,035.30 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $6,086.89 | $0.00 | $6,086.89 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $1,007.76 | $0.00 | $1,007.76 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $2,701.00 | $0.00 | $2,701.00 |
| 8 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $3,981.31 | $0.00 | $3,981.31 |
| 9 | MARINER FINANCE LLC »» 009 | Secured Creditors | $4,171.80 | $3,028.76 | $1,143.04 |
| 10 | DISCOVER BANK »» 010 | Unsecured Creditors | $3,151.42 | $0.00 | $3,151.42 |
| 11 | FRANKLIN MINT FEDERAL CU »» 011 | Unsecured Creditors | $10,285.78 | $0.00 | $10,285.78 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | FRANKLIN MINT FEDERAL CU<br>»» 012 | Unsecured Creditors | $987.27 | $0.00 | $987.27 |
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $14,030.59 | $0.00 | $14,030.59 |
| 14 | CITIZENS BANK NA<br>»» 014 | Secured Creditors | $3,585.37 | $2,603.01 | $982.36 |
| 15 | TRUMARK FINANCIAL CREDIT UNION<br>»» 015 | Secured Creditors | $10,524.48 | $7,640.85 | $2,883.63 |
| 16 | TRUMARK FINANCIAL CREDIT UNION<br>»» 016 | Secured Creditors | $9,058.61 | $6,576.62 | $2,481.99 |
| 17 | TRUMARK FINANCIAL CREDIT UNION<br>»» 017 | Mortgage Arrears | $11,585.00 | $8,410.79 | $3,174.21 |
| 18 | TRUMARK FINANCIAL CREDIT UNION<br>»» 018 | Unsecured Creditors | $11,161.41 | $0.00 | $11,161.41 |
| 19 | TRUMARK FINANCIAL CREDIT UNION<br>»» 019 | Unsecured Creditors | $17,556.69 | $0.00 | $17,556.69 |
| 20 | TRUMARK FINANCIAL CREDIT UNION<br>»» 020 | Unsecured Creditors | $5,597.06 | $0.00 | $5,597.06 |
| 21 | TRUMARK FINANCIAL CREDIT UNION<br>»» 021 | Secured Creditors | $6,489.25 | $4,711.25 | $1,778.00 |
| 22 | CITIZENS BANK NA<br>»» 022 | Mortgage Arrears | $23,083.24 | $16,758.60 | $6,324.64 |
| 23 | PHH MORTGAGE CORPORATION<br>»» 023 | Secured Creditors | $5,872.35 | $4,263.36 | $1,608.99 |
| 24 | TD BANK USA NA<br>»» 024 | Unsecured Creditors | $593.96 | $0.00 | $593.96 |
| 25 | BANK OF AMERICA NA<br>»» 025 | Unsecured Creditors | $2,721.53 | $0.00 | $2,721.53 |
| 26 | BANK OF AMERICA NA<br>»» 026 | Unsecured Creditors | $1,733.65 | $0.00 | $1,733.65 |
| 27 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $5,407.06 | $0.00 | $5,407.06 |
| 28 | CITIZENS BANK NA<br>»» 028 | Secured Creditors | $4,561.12 | $3,311.40 | $1,249.72 |
| 29 | CITIBANK NA<br>»» 029 | Unsecured Creditors | $409.67 | $0.00 | $409.67 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $20,526.37 | $0.00 | $20,526.37 |
| 31 | HSBC BANK USA NA<br>»» 031 | Unsecured Creditors | $2,317.17 | $0.00 | $2,317.17 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 032 | Unsecured Creditors | $1,688.56 | $0.00 | $1,688.56 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 033 | Unsecured Creditors | $21,461.40 | $0.00 | $21,461.40 |
| 34 | CITIBANK NA<br>»» 034 | Unsecured Creditors | $2,693.07 | $0.00 | $2,693.07 |
| 35 | CITIZENS BANK NA<br>»» 035 | Secured Creditors | $4,578.42 | $3,323.97 | $1,254.45 |
| 36 | CITIZENS BANK NA<br>»» 036 | Secured Creditors | $3,421.93 | $2,484.34 | $937.59 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 037 | Unsecured Creditors | $6,087.37 | $0.00 | $6,087.37 |
| 38 | CITY OF PHILADELPHIA (LD)<br>»» 038 | Secured Creditors | $4,796.49 | $3,482.28 | $1,314.21 |
| 39 | CITY OF PHILADELPHIA (LD)<br>»» 39A | Secured Creditors | $1,218.28 | $884.48 | $333.80 |
| 40 | CITY OF PHILADELPHIA (LD)<br>»» 39B | Secured Creditors | $730.51 | $530.35 | $200.16 |
| 41 | CITY OF PHILADELPHIA (LD)<br>»» 39C | Secured Creditors | $115.22 | $69.47 | $45.75 |
| 42 | CITY OF PHILADELPHIA (LD)<br>»» 39D | Secured Creditors | $1,547.30 | $1,123.36 | $423.94 |
| 43 | CITY OF PHILADELPHIA (LD)<br>»» 39E | Secured Creditors | $1,612.59 | $1,170.75 | $441.84 |
| 44 | CITY OF PHILADELPHIA (LD)<br>»» 39F | Secured Creditors | $1,857.58 | $1,348.60 | $508.98 |

**Chapter 13 Case No. 20-13108-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 45 | CITY OF PHILADELPHIA (LD) »» 36G | Secured Creditors | $342.70 | $233.85 | $108.85 |
| 46 | CITY OF PHILADELPHIA (LD) »» 39H | Secured Creditors | $957.11 | $694.87 | $262.24 |
| 47 | CITY OF PHILADELPHIA (LD) »» 39I | Secured Creditors | $563.92 | $409.42 | $154.50 |
| 48 | CITY OF PHILADELPHIA (LD) »» 39J | Secured Creditors | $212.95 | $145.31 | $67.64 |
| 49 | CITY OF PHILADELPHIA (LD) »» 39K | Secured Creditors | $116.99 | $70.53 | $46.46 |
| 50 | CITY OF PHILADELPHIA (LD) »» 39L | Secured Creditors | $1,085.18 | $787.85 | $297.33 |
| 51 | CITY OF PHILADELPHIA (LD) »» 39M | Secured Creditors | $970.25 | $704.41 | $265.84 |
| 52 | CITY OF PHILADELPHIA (LD) »» 39N | Secured Creditors | $1,188.49 | $862.86 | $325.63 |
| 53 | CITY OF PHILADELPHIA (LD) »» 39O | Secured Creditors | $818.88 | $594.50 | $224.38 |
| 54 | CITY OF PHILADELPHIA (LD) »» 39P | Secured Creditors | $1,095.91 | $795.65 | $300.26 |
| 55 | CITY OF PHILADELPHIA (LD) »» 39Q | Secured Creditors | $1,499.57 | $1,088.71 | $410.86 |
| 56 | CITY OF PHILADELPHIA (LD) »» 40A | Secured Creditors | $184.20 | $125.69 | $58.51 |
| 57 | CITY OF PHILADELPHIA (LD) »» 40B | Secured Creditors | $1,151.32 | $835.87 | $315.45 |
| 58 | CITY OF PHILADELPHIA (LD) »» 40C | Secured Creditors | $424.80 | $308.40 | $116.40 |
| 59 | CITY OF PHILADELPHIA (LD) »» 40D | Secured Creditors | $975.60 | $708.30 | $267.30 |
| 60 | CITY OF PHILADELPHIA (LD) »» 40E | Secured Creditors | $483.00 | $350.66 | $132.34 |
| 61 | CITY OF PHILADELPHIA (LD) »» 40F | Secured Creditors | $1,219.80 | $885.58 | $334.22 |
| 62 | CITY OF PHILADELPHIA (LD) »» 40G | Secured Creditors | $534.60 | $388.12 | $146.48 |
| 63 | CITY OF PHILADELPHIA (LD) »» 40H | Secured Creditors | $3,105.08 | $2,254.32 | $850.76 |
| 64 | CITY OF PHILADELPHIA (LD) »» 40I | Secured Creditors | $1,786.65 | $1,752.01 | $34.64 |
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | DAVID H LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Case 20-13108-amc    Doc 140    Filed 08/16/22    Entered 08/16/22 14:17:39    Desc Main
Document      Page 4 of 4

**Chapter 13 Case No. 20-13108-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $96,000.00 | Current Monthly Payment: | $5,410.37 |
| Paid to Claims: | $87,219.15 | Arrearages: | $0.00 |
| Paid to Trustee: | $7,799.98 | Total Plan Base: | $320,070.35 |
| Funds on Hand: | $980.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.