O'Brien, Belland and Bushinsky, LLC
By: David H. Lipow, Esq.
Attorney ID No. 59825
500-506 N. Sixth Street
Philadelphia, PA 19123
Tel: (215) 925-9400
Fax: (856) 795-2181
Email: dlipow@obbblaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **YVETTE GARNETT** | **Bky. No. 20-13108- AMC** |
| **Debtor** | |

### Certificate of Service

I, David H. Lipow, the undersigned, attorney for Debtors, do hereby certify that a true and correct copy of Debtor's Motion to Reinstate the Bankruptcy Petition and the Order of August 18, 2022 has been served on the following parties in the following manner on:

August 18, 2022:

U.S. Trustee via e-mail transmission
Ann Swartz, Esquire, for Scott F. Waterman, Esq., Standing Chapter 13 Trustee via e-mail transmission
Secured creditors via email:
    Corrine Samler Brennan, Esquire, on behalf of Creditor Franklin Mint Federal Credit Union
    Robert J. Crawley, Esquire, on behalf of Creditor Franklin Mint Federal Credit Union
    Matthew K. Fissel, Esquire, on behalf of Creditor Bank National Trust Company
    Mario J. Hanyon, Esquire, on behalf of Creditor Bank National Trust Company
    Mary F. Kennedy, Esquire, on behalf of Creditor Citizens Bank, N.A.
    Rebecca Ann Solarz, Esquire, on behalf of Creditor American Heritage Credit Union
    Thomas Song, Esquire, on behalf of Creditor Deutsche Bank National Trust Company
    Andrew L. Spivak, Esquire on behalf of Creditor Deutsche Bank National Trust Company
    Pamela Elchert Thurmond, on behalf of Creditor City of Philadelphia

Secured creditor via UPS Next Day Air:
    Citizens One Home Loans
    PO Box 6260
    Glen Allen Virginia 23058

And to the unredacted creditors on the attached matrix on August 24, 2022.

O'Brien, Belland & Bushinsky, LLC

By: _____

Date: September 6, 2022

David H. Lipow, Esquire
Attorney for Debtor

Label Matrix for local noticing
0313-2
Case 20-13108-amc
Eastern District of Pennsylvania
Philadelphia
Wed Aug 24 08:50:26 EDT 2022

(p)APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Barclays Bank of Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

Bestbuy/CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One/Walmart
P.O. Box 30281
Salt Lake City, UT 84130-0281

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicards CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Citizen's One Home LOans
P.O. box 6260
Glen Allen, VA 23058-6260

Exxon Mobile/Citibank CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Fortiva Credit Card
P.O. Box 650847
Dallas, TX 75265-0847

| | | |
|---|---|---|
| | Franklin Mint Federal Credit Union<br>c/o Robert J. Crawley, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103-2945 | HSBC Bank USA NA<br>P.O. Bix 4657<br>Carol Stream, IL 60197-4657 |
| HSBC Bank USA, N.A.<br>2929 Walden Ave C9<br>Attn:Business Services<br>Depew, NY 14043-2690 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mariner Finance, LLC<br>8211 Town Center Dr.<br>Nottingham, MD 21236-5904 |
| Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Philadelphia Federal Credit Union<br>12800 Townsend Road<br>Philadelphia, PA 19154-1095 | Police and Fire Credit Union<br>901 Arch Street<br>Philadelphia, PA 19107-2495 |
| Police and Fire Federal Credit Union<br>Greenwood One<br>3333 Street Road<br>Bensalem, PA 19020-2022 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCB/ BP DC<br>P.O. Box 965024<br>Orlando, FL 32896-5024 |
| SYNCB/GapDC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | SYNCB/JC Penneys<br>PO Box 965007<br>Orlando, FL 32896-5007 | SYNCB/Lowe's<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/TJX Co<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Sunoco Citibank CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 | TBOM/Fortiva MC<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank/Target<br>P.O. Box 1470<br>Minneapolis, MN 55440-1470 | The Home Depot/CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 |
| WF/Dillard's<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CITY OF PHILADELPHIA
Tax & Revenue Unit
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
Major Tax Litigation Division
Philadelphia, PA 19102-1595

Applied Bank
4700 ExchangeCourt
Boca Raton, FL 33431

(d)City of Philadelphia
Law Department
c/o Pamela Elchert Thurmond, Esq.
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

(d)City of Philadelphia
c/o Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19107

(d)City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

Franklin Mint FCU
5 Hillman Dreive, Ste. 100
Chadds Ford, PA 19317

(d)Franklin Mint Federal Credit Union
5 Hillman Drive Ste. 100
Chadds Ford, PA 19103

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

(d)Water Revenue Bureau
Law Department
c/o Pamela Elchert Thurmond
1401 JFK Boulevard, 5th Floor
Phila., PA 19102-1595

(d)Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax & Revenue Unit
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Heritage Credit Union

(u)Citizens Bank, N.A.

(u)DEUTSCHE BANK NATIONAL TRUST COMPANY, et.a

(u)Deutsche Bank National Trust Company, as T

End of Label Matrix
Mailable recipients    57
Bypassed recipients     4
Total                  61