# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| **In re:** | **Chapter 13** |
| | **Bky. No. 20-13108- AMC** |
| **YVETTEE GARNETT** | |
| | |
| **Debtor** | |

## ORDER

Upon consideration of Debtor's Motion to Reinstate the instant bankruptcy petition, and the hearing of September 7, 2022, the Debtor's Motion is DENIED for reasons stated in open Court.

**Date:** _____

**Date: September 7, 2022**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**