United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 20-13108-amc

Yvette Garnett                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yvette Garnett, 431 Spring Hollow Drive, Middletown, DE 19709-7803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass- Through Certificates, Series 2006-NC2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| DAVID H. LIPOW | on behalf of Debtor Yvette Garnett dlipow@obbblaw.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

MARY F. KENNEDY
     on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com,
     coleen@javardianlaw.com;chris.cummins@javardianlaw.com

MATTHEW K. FISSEL
     on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass- Through
     Certificates, Series 2006-NC2 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

PAMELA ELCHERT THURMOND
     on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
     on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT J. CRAWLEY
     on behalf of Creditor TruMark Financial Credit Union rcrawley@klehr.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

THOMAS SONG
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. tomysong0@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | **Bky. No.  20-13108- AMC** |
| **YVETTEE GARNETT** | : | |
| | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER**

Upon consideration of Debtor's Motion to Reinstate the instant bankruptcy petition, and the hearing of September 7, 2022, the Debtor's Motion is DENIED for reasons stated in open Court.

Date: _____

**Date: September 7, 2022**

_____

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**